AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Allstate Financial Services, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-00014 |
| J. Brett Butler | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Allstate Financial Services, LLC.

Date: 02/06/2023

/s/ Christopher T. Grohman
*Attorney's signature*

Christopher T. Grohman (6312144)
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
*Address*

cgrohman@beneschlaw.com
*E-mail address*

(312) 212-4949
*Telephone number*

(312) 767-9192
*FAX number*