AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Allstate Financial Services, LLC <br><br> *Plaintiff(s)* <br> v. <br> J. Brett Butler <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00014 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   J. Brett Butler
5010 Davis Lant Drive
Suite 3
Evansville, Indiana 47715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Scott Humphrey
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
shumphrey@beneschlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Roger A.G. Sharpe*

Date: 02/07/2023

BY: _____
*Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00014

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J. Brett Butler was received by me on *(date)* Feb 7, 2023, 4:08 pm.

[X] I personally served the summons on the individual at *(place)* 5010 Davis Lant Dr Suite 3, Evansville, IN 47715 on *(date)* Wed, Feb 08 2023; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 2/9/2023

*Server's signature*

Ryan McIntosh PI22100024, Process Server

*Printed name and title*

6018 N Keystone Ave, Indianapolis, IN 46220

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 8, 2023, 3:25 pm CST at 5010 Davis Lant Dr Suite 3, Evansville, IN 47715 received by J. Brett Butler. Age: 45; Ethnicity: Caucasian; Weight: 180; Height: 6'4"; Hair: Bald; Other: Mt. Butler was served in person.;